*phil C. Kammholz, David P. Findling, Dominick L. Manoli* and *Nancy Sherman* for respondent.

No. 240. ALABAUGH ET AL. *v.* BALTIMORE & OHIO RAILROAD CO. ET AL. C. A. 4th Cir. Certiorari denied. *Walter H. Buck* for petitioners. *Bernard M. Savage* and *Harold N. McLaughlin* for the General Committee of Adjustment, Brotherhood of Locomotive Engineers on the Baltimore & Ohio Railroad, respondent.

No. 243. SCHWEGMANN BROTHERS GIANT SUPER MARKETS ET AL. *v.* HOFFMANN-LA ROCHE, INC. C. A. 5th Cir. Certiorari denied. *John Minor Wisdom* and *Saul Stone* for petitioners. *Joseph H. Stamler* and *Murray F. Cleveland* for respondent.

No. 245. TILBURY, DOING BUSINESS AS TILBURY'S SOUTHERN MEAT CO., *v.* ROGERS, REGIONAL DIRECTOR, WAGE, HOUR & PUBLIC CONTRACTS DIVISION, DEPARTMENT OF LABOR, ET AL. C. A. 5th Cir. Certiorari denied. *Otis W. Bullock* for petitioner. *Solicitor General Sobeloff, Stuart Rothman* and *Bessie Margolin* for the Secretary of Labor, respondent.

No. 246. CAPITAL TRANSIT CO., INC. *v.* FOSTER ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Frank F. Roberson* for petitioner. *Benjamin F. Rossner* for respondents.

No. 247. YORK *v.* MCLEOD, WARDEN. Criminal Court of Appeals of Oklahoma. Certiorari denied. *Herbert K. Hyde* and *Roy St. Lewis* for petitioner.